USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                            :
UNITED STATES OF AMERICA
                                            :   23 CR 110

   -against-                             :   ORDER
                                            :
Roman Shamalov             :
Defendant
                                            :
------------------------------------X

Mary Kay Vyskocil, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition of drug testing and treatment.

      Dated: New York, New York
            October 23, 2024

                            SO ORDERED:

                            _____
                            Mary Kay Vyskocil
                            United States District Judge