USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ROMAN SHAMALOV,

Defendant.

---

1:23-cr-110-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The sentencing of Defendant Shamalov scheduled for December 12, 2024 at 2:00 PM is hereby rescheduled to **December 12, 2024 at 11:00 AM**.

**SO ORDERED.**

**Date: November 19, 2024**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**